# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __7th Circuit__ DISTRICT OF __New Albany, Southern Indiana__

(Full name of plaintiff(s))

__Lorenz Kenneth Hardin__

vs

(Full name of defendant(s))

__Clark County Sheriff's Office__

Case Number:

__4:25-cv-00024-TWP-KMB__

(to be supplied by clerk of court)

---

A.  PARTIES

1.  Plaintiff is a citizen of __Indiana__, and is located at
    (State)
    __501 E. Court Avenue, Jeffersonville, INDIANA__
    (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>Clark County Sheriff's Office, Scottie Maples</u>
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Clark County Sheriff's Office</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On approximately January 3rd 2025, I Lorenz Hardin was on my 1 hour of rec in the segregation pod of Clark County Jail, while in the shower officers Milbur and officer Mastisson came in the pod to tell me my time was up, when I informed them I had soap and shampoo on me still it would be A couple minutes for me to wash off they informed me I didn't have A couple minutes. While I was still washing off they made several sexual comments saying "If

we were in A prison Facility they would tase then rape and no one would help me, called me A "Bitch Ass nigger" while they made those comments. I attempted to get dressed, the two officers told me I wasn't Allowed to get dressed in the shower And Flipped the shower curtain up, exposing me to ALL other inmates in the unit, I was told again If I didn't get out the shower immediately I would be tased, and was Forced to walk to my cell, through the whole dayroom in A small towel exposing more than half my body.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am asking that Officer Milburn and Officer Mastisson be terminated for these actions to ensure no other inmates goes through what I did.
I am also asking the courts for an award of money for my rights as a human being violated on multiple occasions during this incident.

E.   JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
       OR

☐ Court Trial - I want a judge to hear my case

Dated this __7th__ day of __Febuary__ 20__25__.

Respectfully Submitted,

__Lorenz Hardin__
Signature of Plaintiff

__22845__
Plaintiff's Prisoner ID Number

__501 E. Court Avenue__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Lorenz N. Hardin
Clark County Jail
501 E. Court Avenue
Jeffersonville, Indiana 47130

CLARK COUNTY JAIL
Inmate Correspondence
Not Responsible for Contents

Clerk of The United States District Court
121 West Spring Street
New Albany, Indiana 47150

LOUISVILLE KY 402
FRI 07 FEB 2025 PM

FILED
FEB 10 2025
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

